**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-0037-DME-MJW

ANDREW DOYLE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

   Plaintiff,

v.

TROY H. LOWRIE,
MARTIN A. GRUSIN,
ROBERT J. McGRAW, JR.,
MICHAEL L. OCELLO,
CAROLYN ROMERO,
GEORGE SAWICKI,
KENTON SIECKMAN,
DAVID LEVINE,
LOWRIE INVESTMENT MANAGEMENT, INC.,
LOWRIE MANAGEMENT, LLLP,
FAMILY DOG, LLC,
FD ACQUISITION CO. and
VCG HOLDING CORP.,

   Defendants.

## NOTICE OF ASSOCIATED CASES

Pursuant to D.C. Colo. L. Civ. R. 7.5, Plaintiff is hereby providing notice to the Court of the following case pending in this, and any other federal, state or foreign jurisdictions which may reasonably be associated with the above action and of which they are currently aware of:

<u>Colorado State Court</u>

   1.  *Cohen et al v. Lowrie et al*, Case. No. 2010CV3624, Jefferson County District Court

Dated: January 12, 2011

Respectfully submitted,

   */s/* Kip B. Shuman
Kip B. Shuman
Rusty E. Glenn
THE SHUMAN LAW FIRM
885 Arapahoe Avenue
Boulder, CO  80302
Telephone: (303) 861-3005
Facsimile:  (303) 484-4886
Email: Kip@shumanlawfirm.com

*Local Counsel for Plaintiff*

Charles J. Piven
BROWER PIVEN
  A Professional Corporation
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
Email: piven@browerpiven.com

David A.P. Brower
BROWER PIVEN
  A Professional Corporation
488 Madison Avenue, Eighth Floor
New York, New York 10036
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
Email: brower@browerpiven.com

*Counsel for Plaintiff*

**Certificate of Service**

  I hereby certify that the foregoing was filed with this Court on January 12, 2010 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                 s/ Rusty E. Glenn
                 Rusty E. Glenn