IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00037-DME-MJW

ANDREW DOYLE, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.
TROY H. LOWRIE,
MARTIN A. GRUSIN,
ROBERT J. McGRAW, JR.,
MICHAEL L. OCELLO,
CAROLYN ROMERO,
GEORGE SAWICKI,
KENTON SIECKMAN,
DAVID LEVINE,
LOWRIE INVESTMENT MANAGEMENT, INC.,
LOWRIE MANAGEMENT, LLLP,
FAMILY DOG, LLC,
FD ACQUISITION CO. and
VCG HOLDING CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Reschedule March 23, 2011 Scheduling/Planning Conference [Docket No. **12**, Filed March 09, 2011] is GRANTED.

It is further ORDERED that the Scheduling/Planning Conference set March 23, 2011 at 9:30 a.m. is VACATED and RESET to **April 19, 2011 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Parties shall electronically file their proposed scheduling order and submit their confidential settlement statements to Judge Watanabe's chambers e-mail  no later than five (5) days prior to the Scheduling/Planning Conference.

Date:   March 10, 2011