## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00037-DME-MJW

ANDREW DOYLE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

   Plaintiff,

v.

TROY H. LOWRIE,
MARTIN A. GRUSIN,
ROBERT J. McGRAW, JR.,
MICHAEL L. OCELLO,
CAROLYN ROMERO,
GEORGE SAWICKI,
KENTON SIECKMAN,
DAVID LEVINE,
LOWRIE INVESTMENT MANAGEMENT, INC.,
LOWRIE MANAGEMENT, LLLP,
FAMILY DOG, LLC,
FD ACQUISITION CO. and
VCG HOLDING CORP.,

   Defendants.

---

**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE CLOSURE**

---

THIS COURT, having considered the parties' Joint Motion for Administrative Closure (the "Motion") (Doc. 25), and finding good cause exists, HEREBY GRANTS the Motion and DIRECTS the Clerk to close this action administratively, subject to reopening only for good cause.

2

The parties are jointly ORDERED to notify the Court as soon as the claims and cause of action in this case have been settled so that this case and matter may be dismissed. That notice should indicate whether the dismissal should be with or without prejudice. If settlement has not been reached within six months, the parties are nevertheless ORDERED to jointly file a status report with the Court no later than September 28, 2011, indicating the current status of this matter.

SO ORDERED this 29th day of March, 2011.

BY THE COURT:

*s/ David M. Ebel*
_____
U.S. Circuit Court Judge
District of Colorado