## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00037-DME-MJW

ANDREW DOYLE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

   Plaintiff,

v.

TROY H. LOWRIE,
MARTIN A. GRUSIN,
ROBERT J. McGRAW, JR.,
MICHAEL L. OCELLO,
CAROLYN ROMERO,
GEORGE SAWICKI,
KENTON SIECKMAN,
DAVID LEVINE,
LOWRIE INVESTMENT MANAGEMENT, INC.,
LOWRIE MANAGEMENT, LLLP,
FAMILY DOG, LLC,
FD ACQUISITION CO. and
VCG HOLDING CORP.,

   Defendants.

---

## ORDER

---

THIS COURT is in receipt of the parties' Joint Status Report (Doc. 27).

IT IS ORDERED that the parties shall either voluntarily dismiss this case on or before January 10, 2012, or update this Court by filing a joint status report by the close of business January 11, 2012.

2

DONE AND SIGNED this 3rd day of October, 2011.

BY THE COURT:

*s/ David M. Ebel*

U.S. Circuit Court Judge
District of Colorado

2