IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0037-DME-MJW

ANDREW DOYLE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

TROY H. LOWRIE,
MARTIN A. GRUSIN,
ROBERT J. McGRAW, JR.,
MICHAEL L. OCELLO,
CAROLYN ROMERO,
GEORGE SAWICKI,
KENTON SIECKMAN,
DAVID LEVINE,
LOWRIE INVESTMENT MANAGEMENT, INC.,
LOWRIE MANAGEMENT, LLLP,
FAMILY DOG, LLC,
FD ACQUISITION CO. and
VCG HOLDING CORP.,

    Defendants.

---

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
(Docket no. 31)

This matter is before the Court on the "Unopposed Motion to Withdraw as Attorney" filed September 30, 2011. Being otherwise fully advised, it is hereby

ORDERED that the Motion is GRANTED. Attorney E. Lee Reichert is relieved of any further representation of Defendants Lowrie Investment Management, Inc., Lowrie Management, LLLP, Family Dog, LLC, FD Acquisition Co., Troy H. Lowrie, and Micheal

17474409v1

11-CV-00037-DME-MJW

Ocello in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Reichert from the electronic certificate of mailing.

Dated this 3rd day of October, 2011.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

17474409v1

2 of 2